USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
TRAVELERS COMMERCIAL INSURANCE :
COMPANY, *as subrogee of Paula Marques and Roberto* :
*Marques, et al.*, : 1:23-cv-8498-GHW
:
Plaintiffs, : ORDER
:
-v — :
:
RAEL MAINTENANCE CORP., *et al.*, :
:
Defendants. :
:
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The application by Third-Party Defendants Urban Atelier Group, L.L.C., Park Row 23 Owners LLC, L+M Development Partners LLC, L&M Builders Group LLC, and Chatsworth Builders, LLC (together, the "Third-Party Defendants"), for an extension of time to provide their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1), Dkt. No. 91, is granted. The deadline for the Third-Party Defendants to provide their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is extended to February 23, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 91.

SO ORDERED.

Dated: January 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge