```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                      :

TRAVELERS COMMERCIAL INSURANCE
COMPANY, *as subrogee of* Paula Marques and
Roberto Marques, *et al.*,                           1:23-cv-08498-GHW

                                 Plaintiffs,                           ORDER

                                     -v-

RAEL MAINTENANCE CORP., *et al.*,

                                   Defendants.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       Plaintiffs commenced this action on September 27, 2023. Dkt. No. 1. An initial pretrial conference was held in this matter on November 16, 2023. Dkt. No. 47. At the November 16 conference, the parties represented that, rather than Defendants seeking leave to move to dismiss the case, Plaintiffs had agreed to dismiss their claims if the Court granted Defendant Rael Maintenance Corp.'s then-pending Rule 12(b)(1) motion to dismiss in various related actions. *See, e.g.*, *Nationwide General Ins. Co. v. Rael Maintenance Corp.*, No. 1:23-cv-4433-GHW, ECF No. 28 (S.D.N.Y. Oct. 31, 2023) (motion to dismiss). On April 24, 2024, the Court issued an opinion in the related actions, granting the Rael Maintenance's motions to dismiss. *See, e.g.*, *Nationwide General Ins. Co.*, ECF No. 102 (Apr. 24, 2024). To date, Plaintiffs in this action have not dismissed their claims.

       Accordingly, the parties are directed to file a joint letter by June 7, 2024 with a status update and advising the Court of their proposed next steps in this litigation.

       SO ORDERED.

Dated: May 30, 2024

                                                                         _____
                                                                          GREGORY H. WOODS
                                                                    United States District Judge